1  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA  94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | ROSALINE PERREIRA,                | Case No.: 11-CV-00726-JAM-DAD
12 |         Plaintiff,                | **[San Benito Superior Court Case # CU-11-00012]**
13 | vs.                               | **STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT**
14 | TARGET CORPORATION and Does 1 to 50, | **COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; ORDER**
15 |         Defendants.               |
16 |                                   | Complaint Filed:  January 24, 2011

17

18

19       Due to an error in the court's web-site indicating that the proper venue for cases arising out

20 of San Benito County was the United States District Court for the Eastern District of California,

21 rather than the Northern District of California, Defendant mistakenly filed it's Answer and Petition

22 to Remove in the improper venue.  Accordingly,

23       IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and

24 through their attorneys of record, as follows:

25 ///

26 ///

27 ///

28
-1-
STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA; [Proposed] ORDER -  – USDC Case No. 11-CV-00726-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1. That the above-captioned matter be transferred to the United States District Court for the Northern District of California, where venue is proper, for all future purposes and proceedings.

DATED:  March 21, 2011         THE MITCHELL LAW FIRM

By:   /S/_____
TAB MITCHELL., ESQ.
Attorney for Plaintiff
ROSALINE PERREIRA

DATED:  March 22, 2011         BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By:   /S/_____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

**ORDER**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. That the above-captioned matter be transferred to the United States District Court for the Northern District of California, where venue is proper, for all future purposes and proceedings.

DATED:  3/22/2011

/s/ John A. Mendez_____
U.S. DISTRICT JUDGE JOHN A. MENDEZ

26664\535638

-2-

STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; [Proposed] ORDER - – USDC Case No. 11-CV-00726-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com